■ FLANAGAN & COOKE, P. C., Appellant, v RED LION AIR PRESTIGE CORPORATION, Respondent. [647 NYS2d 949] —Order, Supreme Court, New York County (Stuart Cohen, J.), entered April 3, 1996, which, insofar as appealed from, granted defendant's motion to vacate the default judgment against it, unanimously affirmed, without costs.

Defendant's inaction, causing only a brief delay in this litigation, was excusable in the circumstances. A meritorious defense to plaintiff's claim for legal fees accruing on an hourly basis has been raised by defendant, given that the record contains a single contingency fee retainer agreement and there is no evidence that defendant has as yet received any proceeds from the litigation. Concur—Milonas, J. P., Ellerin, Wallach, Rubin and Kupferman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND GONZALEZ, Appellant. [648 NYS2d 28] —Judgment, Supreme Court, New York County (Frederic Berman, J.), rendered July 12, 1993, convicting defendant, upon his plea of guilty, of attempted robbery in the first degree, and sentencing him, as a second violent felony offender, to a term of $5^1/_2$ to 11 years, unanimously affirmed.

The police officer's testimony that defendant struggled with him during the arrest, and that during the struggle the door to defendant's room, which was ajar, swung open, placing the contested physical evidence in plain view, is not incredible, and we decline to disturb the suppression court's determination of credibility (*see, People v Garafolo*, 44 AD2d 86, 88). We perceive no abuse of sentencing discretion. Concur—Milonas, J. P., Ellerin, Wallach, Rubin and Kupferman, JJ.